Patricia GARDNER, Plaintiff–Appellant,

v.

ERNST RADIOLOGY CLINIC, INC., and Dr. Ronald L. Palmer, and Dr. Donnal Almond, Defendants–Respondents.

No. 66539.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 11, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 14, 1995.

Application to Transfer Denied Sept. 19, 1995.

Philip C. Denton, St. Louis, for appellant.

Robert J. Foley, Mark R. Dunn, Amelung, Wulff & Willenbrock, and Stephen J. Potter, Kelly C. Kuehnlein, Behr, Mantovani, McCarter & Potter, St. Louis, for respondents.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

In this jury-tried case, plaintiff Patricia Gardner appeals the judgment in favor of defendants for malpractice. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).